UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BEN SHABAZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:22-CV-3-TAV-DCP ) |
| PROFORCE EQUIPMENT, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on August 8, 2022 [Doc. 14]. In the R&R, the magistrate judge recommends that the Court grant plaintiff's request to dismiss with prejudice and deny as moot defendant's motion omnibus motion. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 14] pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's complaint is hereby **DISMISSED with prejudice**. All pending motions are **DENIED as moot**.

The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE